UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
v. :
: 11-CR-836 (VSB)
DIDIER GERSON RIOS GALINDO, :
: **ORDER**
Defendant. :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Sentencing the above-captioned case is hereby scheduled to take place on October 16, 2025 at 2 pm. Probation is hereby directed to prepare a presentence report. In accordance with my Individual Rules in Criminal Cases, the Defendant's sentencing submission is due by October 2, 2025. The Government's sentencing submission is due by October 9, 2025.

SO ORDERED.

Dated: July 8, 2025
　　　　New York, New York

_____
Vernon S. Broderick
United States District Judge